IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 NOV 16 P 2: 25

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| VICTOR RIOS CHAVEZ, )<br><br>Plaintiff, )<br><br>v. )<br><br>STACEY N. STONE, Warden;<br>ANDREW SOLOMON, Optometrist;<br>and STACEY GILES, Health Services<br>Administrator, )<br><br>Defendants. ) | CV 315-097 |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 23.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **OVERRULES** Petitioner's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DENIES** Petitioner's motion for a preliminary injunction (doc. no. 18).

SO ORDERED this 16 day of November, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE